RENE L. VALLADARES
Federal Public Defender
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Isiah Catrell Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISIAH CATRELL BROWN,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00304-JAD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brandon Jaroch. Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and MONIQUE KIRTLEY, Assistant Federal Public Defender, counsel for ISIAH CATRELL BROWN, that the Revocation of Supervised Release hearing currently scheduled for August 15, 2016 at 10:00 a.m., be vacated and set to a date and time convenient to this Court but no longer than forty-five (45) days

　　　The Stipulation is entered into for the following reasons:

　　　1.　　The client is in custody and does not oppose the continuance.

　　　2.　　The parties have negotiated a global resolution in pending case number 2:16-cr-00139-VCF, which is inextricably linked to 2:15-cr-00304-JAD-NJK.

3. On August 01, 2016, the parties filed a Joint Motion to Consolidate this case with case number 2:16-cr-00139 (CR #33). This motion is still pending.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively review and investigate the allegations in the petition, in the event the parties are unable to reach a global resolution.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 12th day of August, 2016.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

*/s/ Monique Kirtley*  
By_____  
MONIQUE KIRTLEY  
Assistant Federal Public Defender

*/s/Brandon Jaroch*  
By_____  
BRANDON JAROCH  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled on August 15, 2016 at 10:00 a.m. be vacated and continued to September 19, 2016 at 11:00 a.m.

DATED this 12 day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

3