RENE L. VALLADARES
Federal Public Defender
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Isiah Brown

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISIAH BROWN,<br><br>        Defendant. | Case No. 2:16-cr-139-JCM-VCF<br>          2:15-cr-304-JAD-NJK<br><br>**JOINT MOTION TO CONSOLIDATE**<br>(First Request)<br><br>**ORDER** |

      IT IS HEREBY AGREED, by and between Daniel G. Bogden, United States Attorney, and Crane M. Pomerantz, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Isiah Brown to jointly move the Court to consolidate the above captioned cases under a single case number, preferably 2:16-cr-139-JCM-VCF.

      This Joint Motion to Consolidate is entered into for the following reasons:

      1.      On February 17, 2016, the defendant was arrested and appeared in court pursuant to a two count criminal complaint, in case styled 2:16-cr-139-JCM-VCF, alleging Possession of a Controlled Substance with Intent to Distribute (Cocaine)(Count One) and Felon in Possession of a Firearm (Count Two). A criminal indictment was filed on May, 11, 2016 and the defendant

1  appeared on May 18, 2016.  Calendar Call is scheduled for August 17, 2016.  Trial is scheduled
2  for August 22, 2016.
3       2.     On February 18, 2016, the defendant had an initial appearance on a revocation of
4  supervised release petition, in case styled 2:15- cr-304-JAD-NJK.  The revocation petition
5  alleged the same conduct as the criminal indictment. The Revocation of Supervised Release
6  hearing is scheduled for August 15, 2016.
7       3.     The parties have negotiated a global resolution in case 2:16-cr-139-JCM-VCF and
8  in the revocation petition 2:15-cr-304-JAD-NJK.  Because the indictment and revocation petition
9  are inextricably linked they should be consolidated.  Additionally, the interests of judicial
10 economy and efficiency would be served by joining the matters.
11 DATED this 1st day of August, 2016.

13 RENE L. VALLADARES                DANIEL G. BOGDEN
   Federal Public Defender               United States Attorney

15   */s/ Monique Kirtley*                  */s/ Brandon Jaroch for*
   By_____        By_____
16 MONIQUE KIRTLEY                  CRANE M. POMERANTZ
17 Assistant Federal Public Defender     Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-139-JCM-VCF |
|---|---|
| Plaintiff, | 2:15-cr-304-JAD-NJK |
| v. | |
| ISIAH BROWN, | |
| Defendant. | |

**ORDER**

IT IS ORDERED that the two cases 2:16-cr-139-JCM-VCF and 2:15-cr-304-JAD-NJK be consolidated and combined before the honorable Judge James C. Mahan.

Dated:  August 30, 2016.

_____
UNITES STATES DISTRICT JUDGE