RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Isiah Catrell Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| ISIAH CATRELL BROWN, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Isiah Catrell Brown, that the Revocation Hearing currently scheduled on July 8, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1.   United States Probation Officer Kamuela Kapanui filed a petition on December 8, 2023, seeking revocation of Mr. Brown's supervised release. (ECF No. 43.)

2.   The Court held an initial appearance on December 27, 2023. (ECF No. 46.)

3.      The parties conferred and filed a stipulation on January 5, 2024, to continue the revocation hearing for six months, in order to allow Mr. Brown the opportunity to take advantage of resources available to him through probation, such as substance abuse treatment. (ECF No. 53.)

4.      The court granted the continuance and re-set the revocation hearing for July 8, 2024. (ECF No. 54.)

5.      Defense counsel conferred with Officer Kapanui again on June 26, 2024. The parties agree that the halfway house would be a more suitable residence than Mr. Brown's current residence. The parties also agree that the pending petition should not yet be dismissed.

6.      If Mr. Brown comes into compliance and maintains compliance with his supervised release requirements during the 120-day period contemplated in this stipulation, then the Government agrees to dismiss the petition.

7.      If Mr. Brown does not come into compliance and maintain compliance with his supervised release requirements, then the parties will request that the Court advance the revocation hearing.

This is the second request for a continuance of the revocation hearing.

DATED this 1st day of July, 2024.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


By /s/ Rick Mula                            By /s/ Melanee Smith
RICK MULA                                   MELANEE SMITH
Assistant Federal Public Defender           Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 8, 2024 at 10:00 a.m., be vacated and continued to **November 6, 2024, at 10:30 a.m**.; or to a time and date convenient to the court.

DATED July 2, 2024.

_____
UNITED STATES DISTRICT JUDGE

3