RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Isiah Catrell Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIAH CATRELL BROWN,<br><br>Defendant. | Case No. 2:15-cr-00304-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Isiah Catrell Brown, that the Revocation Hearing currently scheduled on January 10, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. United States Probation Officer Kamuela Kapanui filed a petition on December 8, 2023, seeking revocation of Mr. Brown's supervised release. (ECF No. 43.)

2. The Court held an initial appearance on December 27, 2023. (ECF No. 46.)

3.  The parties conferred and filed a stipulation on January 5, 2024, to continue the revocation hearing for six months, in order to allow Mr. Brown the opportunity to take advantage of resources available to him through probation, such as substance abuse treatment. (ECF No. 53.)

4.  The court granted the continuance and re-set the revocation hearing for July 8, 2024. (ECF No. 54.)

5.  Defense counsel conferred with Officer Kapanui again on June 26, 2024. The parties agree that the halfway house would be a more suitable residence than Mr. Brown's current residence. The parties also agree that the pending petition should not yet be dismissed.

6.  The parties agreed that if Mr. Brown came into compliance and maintained compliance with his supervised release requirements during the 120-day period contemplated the prior stipulation, then the Government would dismiss the petition.

7.  Officer Kapanui advised government and defense counsel on November 18, 2024, that Mr. Brown has not fully complied with his supervised release requirements, necessitating a hearing.

8.  Officer Kapanui is out of the office until January 6, 2024, and the parties require additional time to negotiate a resolution of this case.

This is the fourth request for a continuance of the revocation hearing.

DATED this 30th day of December, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Rick Mula  
RICK MULA  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Melanee Smith  
MELANEE SMITH  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIAH CATRELL BROWN,<br><br>Defendant. | Case No. 2:15-cr-00304-JCM-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 10, 2025 at 10:00 a.m., be vacated and continued to February 10, 2025 at the hour of 10:30 a.m.

DATED this 3rd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

3