RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Isiah Catrell Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Isiah Catrell Brown, that the Revocation Hearing currently scheduled on February 6, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel entered his appearance in this case on January 20, 2026.

2.     The alleged violations carry significant consequences and will require a substantial amount of time to adequately investigate.

3.     The defendant is in custody.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of January, 2026.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                     Deputy Attorney General


By /s/ Rick Mula                            By /s/ Robert Knief
RICK MULA                                   ROBERT KNIEF
Assistant Federal Public Defender           Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 6, 2026 at 10:00 a.m., be vacated and continued to April 14, 2026 at 9:15 a.m.

DATED this 22nd day of January, 2026.

_____

UNITED STATES DISTRICT JUDGE

3