RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Isiah Catrell Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Isiah Catrell Brown, that the Preliminary Hearing currently scheduled on March 23, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     United States Probation Officer Javier Muruato is unavailable on March 23, 2026.

2.     Counsel for the defendant continues to explore potential resolutions.

3.     Defendant is in custody and agrees with the need for the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 18th day of March, 2026.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                     Deputy Attorney General


By */s/ Rick Mula*                          By */s/ Robert Knief*
RICK MULA                                   ROBERT KNIEF
Assistant Federal Public Defender           Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 23, 2026 at the hour of 4:00 p.m., be vacated and continued to **April 27, 2026, at 4:00 p.m.**

DATED this 19th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3