## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

United States of America,

       Plaintiff,

       v.

Isiah Catrell Brown,

       Defendant.

Cases Nos.
2:15-CR-00304-RFB-NJK
2:16-CR-00139-JAD-VCF

**Proposed Order**

Mr. Brown filed motions to reassign proceedings in the above-captioned cases. Because there are pending petitions alleging violation of conditions of supervised release in both cases that involve common questions of fact, Mr. Brown requests that Defendant's violation proceedings be considered before a single District Judge pursuant to LR 42-1 and Fed. R. Civ. P. 42(a).

The Court agrees with Mr. Brown and finds that the pending violation proceedings involve common questions of fact, that consolidation would conserve judicial and party resources, and that consolidation will not prejudice any party.

IT IS THEREFORE ORDERED that Case No. 2:16-CR-00139-JAD-VCF is reassigned to Judge Boulware.

Dated this **20th** day of March, 2026.

_____
Richard F. Boulware
United States District Judge

_____
Jennifer A. Dorsey
United States District Judge

6