RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Isiah Catrell Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Third Request) |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Isiah Catrell Brown, that the Preliminary Hearing currently scheduled on April 27, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    The alleged violations carry significant consequences and will require a substantial amount of time to adequately investigate.

2.    Defense counsel requires additional time to conduct investigation, review discovery materials, and determine whether this case may be resolved through negotiations.

3.      Defense counsel is unavailable the last two weeks of April 2026.

4.      The defendant is in custody.

5.      The parties agree to the continuance.

This is the third request for continuance filed herein.

DATED this 10th day of April, 2026.


RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Acting Attorney General


By */s/ Rick Mula*                    By */s/ Robert Knief*
RICK MULA                             ROBERT KNIEF
Assistant Federal Public Defender     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00304-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 27, 2026 at the hour of 4:00 p.m., be vacated and continued to June 1, 2026, at 4:00 p.m.

DATED this 14th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE